# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAH JAH BEY,** | ) | |
| **1462 Belmont Street D-Level** | ) | |
| **Washington, D.C. 20009** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No: 1:14-cv-00860** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EQUIFAX INFORMATION SERVICES LLC,** | ) | |
| **1550 Peachtree Street, NW** | ) | |
| **Atlanta, GA 30309** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, and hereby file this Notice of Removal of this action from the Superior Court of the District of Columbia wherein it is now pending as Case No. 14-0002652, to the United States District Court for the District of Columbia.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1.      An action was filed on April 30, 2014 in the Superior Court for the District of Columbia, entitled *Bey v. Equifax Information Services LLC*, Case No. 14-0002652 (the "State Court Action").

2.      Equifax was served with the Complaint on May 6, 2014.

3.      This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

(a)      Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (*See* Exhibit A, Complaint, ¶¶. 26-30, 32-33, alleging violations of the FCRA.)

(b)      The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.      Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Superior Court for the District of Columbia, as required by 28 U.S.C. § 1446(d).

6.      Attached hereto, as Exhibit A, are copies of the Summons, Complaint, and Initial Order and Addendum served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

 Respectfully submitted this 23rd day of May, 2014.

KING & SPALDING

By:  /s/ Brian Meiners
Brian R. Meiners (D.C. Bar No. 482039)
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-4707
Telephone:  202 737-0500
Facsimile:  202 626-3737
bmeiners@kslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have this day served a true and correct copy of the foregoing by depositing a copy of the same in the United States Mail, first class postage prepaid, addressed to counsel of record as follows:

Jah Jah Bey
1462 Belmont Street D-Level NW
Washington, DC 20009
*Pro Se Plaintiff*

By: /s/ Brian Meiners_____
      Brian R. Meiners
      Counsel for EQUIFAX
      INFORMATION SERVICES LLC