CO-386-online
10/03

# United States District Court
# For the District of Columbia

Jah Jah Bey )
)
)
)
)
      Plaintiff )      Civil Action No. 1:14-cv-00860
vs )
)
Equifax Information Services LLC )
)
)
      Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Equifax Information Services LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Equifax Information Services LLC__ which have any outstanding securities in the hands of the public:

Equifax Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Brian Meiners
Signature

D.C. Bar No. 482039
BAR IDENTIFICATION NO.

Brian R. Meiners - King & Spalding LLP
Print Name

1700 Pennsylvania Avenue, N.W.
Address

Washington    DC    20006
City    State    Zip Code

(202) 737-0500
Phone Number