UNITED STATES DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAH JAH BEY,<br>    Plaintiff, | CASE 1:14-cv-00860-RCL |
| vs. | Judge Royce C. Lamberth<br>**FILED** |
| EQUIFAX INFORMATION SERVICES LLC,<br>    Defendant. | OCT - 7 2014<br>Clerk, U.S District & Bankruptcy<br>Courts for the District of Columbia |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Jah Jah Bey ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff And Defendant Equifax Information Services, LLC AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff against Defendant Equifax are dismissed, with prejudice. Plaintiff and Defendant Equifax shall each bear their own costs and attorneys' fees.

Date: October 6, 2014

                                                Royce C. Lamberth
                                                JUDGE, United States District Court,
                                                District of Columbia